UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:10-cr-0063-SEB-TAB-1 |
| | ) | |
| DARRIN LAMONT WALTON, | ) | |
| | ) | |
| Defendant. | ) | |

## Order Adopting Report and Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation that Darrin Lamont Walton's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders that the defendant's supervised release is therefore **REVOKED**, and Darrin Lamont Walton is sentenced to the custody of the Attorney General or his designee for a period of six (6) months, with no supervised release to follow.

IT IS SO RECOMMENDED.

Date: 04/10/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's EF system

United States Probation

United States Marshal